# IN THE SUPREME COURT OF TEXAS

No. 19-0911

YEW YUEN CHOW AND JEFFERY CHOW, PETITIONER

v.

JOSE M. RODRIGUEZ SAN PEDRO, RESPONDENT

ON PETITION FOR PETITION FOR REVIEW

## ORDER

1.     The motion to stay, being treated as a motion to abate, filed on December 2, 2019, is granted, and this case is **ABATED**.

2.     This case is removed from the Court's active docket until **June 8, 2020**, by which time the parties must file a status report.

Done at the City of Austin, this 6th day of December 2019.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk